UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 20, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

PATRICK BLACKSHIRE,

   Defendant.

Case No. 2:23-mj-00042-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  PATRICK BLACKSHIRE ,

Case No. 2:23-mj-00042-DB , Charge 40 U.S.C. § 121, from custody for the following reasons:

   __X__ Release on Personal Recognizance

   _____ Bail Posted in the Sum of $ _____

      _____ Unsecured Appearance Bond $ _____

      _____ Appearance Bond with 10% Deposit

      _____ Appearance Bond with Surety

      _____ Corporate Surety Bail Bond

   __X__ (Other):   With the terms and conditions read in Court.

Issued at Sacramento, California at       3:30      PM

Dated: March 20, 2023

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE