UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK BLACKSHIRE,<br><br>Defendant. | No. 2:23-mj-00042 DB<br><br>PRETRIAL SCHEDULING ORDER<br><br>Trial Date: June 15, 2023<br><br>Time: 9:00 a.m. |

A Status Conference was held on March 24, 2023. Justin Lee appeared as counsel for the United States and Linda Harter appeared as counsel for the Defendant Patrick Blackshire. After hearing, the court makes the following findings and orders.

I. **DATE OF TRIAL**

An in-person bench trial is scheduled for June 15, 2023, at 9:00 a.m. in courtroom 27.

II. **MOTIONS IN LIMINE**

Any motions in limine shall be filed by June 1, 2023. Any opposition(s) to those motions in limine shall be filed on or before June 7, 2023. Any reply(ies) shall be filed on or before June 9, 2023.

III. **TRIAL BRIEFS**

The parties shall file trial briefs no later than June 1, 2023. To ensure that the trial proceeds at a reasonable pace, the government is required to include in its trial brief a summary of

1

points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations to authority in support thereof.  The defense is also encouraged to do this to the extent it opines it should.

### IV.   WITNESSES

The United States is ordered to file their witness list on or before June 1, 2023.  The Defendant is strongly encouraged to file his witness list on or before June 7, 2023.  Each party may call a witness designated by the other.  The parties must expressly reserve the right to call additional witnesses at trial.

### V.   EXHIBITS

The United States is ordered to file their exhibit list on or before June 1, 2023.  The Defendant is strongly encouraged to file his exhibit lists on or before June 7, 2023.  The parties must expressly reserve the right to offer additional exhibits at trial.

The government's exhibits shall be numbered with stickers.  Should the defendant elect to introduce exhibits at trial, such exhibits shall be designated by alphabetical letter with stickers.  The parties may obtain exhibit stickers from the Clerk's Office.

Each party may use an exhibit designated by the other.  In the event the United States and the Defendant offer the same exhibit during trial, that exhibit shall be referred to by the designation given at the time the exhibit is first identified.  The court cautions the parties to pay attention to this detail so that all concerned, including the jury, will not be confused by one exhibit being identified by both the United States and the Defendant.

### VI.   CHOICE NOT TO FILE DOCUMENTS

Should either party choose not to file a trial brief, witness list, exhibit list, or motions in limine, that party must notify the court in writing no later than June 1, 2023, that it will not be filing such documents.

### VII.   SUBMISSION OF DOCUMENTS TO THE COURT

At the time of filing their respective exhibit list(s) and witness list(s) counsel shall also electronically mail these filings to the court, in Microsoft Word format.  These documents shall be sent to: dborders@caed.uscourts.gov.

### VIII. AUDIO VISUAL EQUIPMENT

If either party desires training on the court's audio visual equipment, that party should contact Richard Arendt (rarendt@caed.uscourts.gov) in the IT Department to make arrangements for training. If training is not needed and a party wants to test the equipment, this can be done on the morning of trial between 8:00 and 8:30 a.m.

### IX. OBJECTIONS TO TRIAL CONFIRMATION ORDER

Each party is granted seven (7) days from the date of this Final Pretrial Order to object to any part of this order or to request augmentation to it. The Final Pretrial Order will be modified only upon a showing of manifest injustice. If no objection or modifications are made, this order will become final without further order of the court and shall control the subsequent course of the action.

Dated: March 28, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/DB Prisoner Inbox/Habeas/R/blackshire0042.pretrial sched ord